**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRACY ELIZABETH HILL OGLETREE,

                    Plaintiff,                    19 **CIVIL** 7208 (JCM)

       -against-                        **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated June 15, 2020, the Commissioner's cross-motion is granted and the Plaintiff's motion is denied; accordingly, the case is closed.

**Dated:**  New York, New York
         June 15, 2020

                                                   **RUBY J. KRAJICK**
                                                 _____
                                                   **Clerk of Court**
                               **BY:**
                                                   _____
                                                     **Deputy Clerk**